# ORDER GRANTING LEAVE FOR POST-SUBMISSION FILINGS

Date: 9/15/15

Cause No. 02-14-406-CR

Vincent Eugene Valencia vs. The State
Appellant                    Appellee

During submission of the captioned case on this date, leave was granted to the parties to file additional documents in this case, as described below, and within the time specified herein:

Appellant(s), may file the following:

Reply to State's letter-brief within ten days
State's letter brief.

By (Due Date): Ten days

Appellee(s), may file the following:

Letter brief

By (Due Date): within ten days of today's date.

Presiding Justice